IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRON A. PAYNE, | 1:09-cv-01915-OWW-SMS (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL |
| vs. | and |
| MAESE, et al., | DIRECTING CLERK TO SERVE THE COURT OF APPEALS |
| Defendants. | (DOCUMENT #11) |
| _____/ | |

Plaintiff is a prisoner proceeding pro se with a petition for writ of mandate, or mandamus, pursuant to 28 U.S.C. § 1361.

On December 3, 2009, judgment was entered denying the petition for writ of mandamus. (Doc. 7.) On December 31, 2009, plaintiff filed a notice of appeal and an application to proceed in forma pauperis. (Docs. 9, 11.) Examination of plaintiff's application to proceed in forma pauperis reveals that plaintiff is unable to afford the costs of an appeal. Accordingly, the application to proceed in forma pauperis on appeal is GRANTED. See 28 U.S.C. § 1915. **The Clerk is directed to serve a copy of this order on the Court of Appeals for the Ninth Circuit.**

IT IS SO ORDERED.

Dated:   **January 14, 2010**             /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE