IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRON A. PAYNE,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>MAESE, et al.,<br><br>　　　　　Respondents.<br>_____/ | 1:09-cv-01915-OWW-SMS-PC<br><br>ORDER DISREGARDING APPLICATION FOR CERTIFICATE OF APPEALABILITY (Doc. 10.)<br><br>ORDER FOR CLERK TO SERVE COPY OF THIS ORDER ON NINTH CIRCUIT |

  Myron A. Payne ("petitioner") is a state prisoner proceeding pro se in this petition for writ of mandate, or mandamus, pursuant to 28 U.S.C. § 1361.  On December 3, 2009, petitioner's petition was denied and judgment was entered against petitioner in this action.  (Docs. 7, 8.)  On December 31, 2009, petitioner filed a notice of appeal to the Court of Appeals for the Ninth Circuit, along with an application for a certificate of appealability pursuant to Rule 22 of the Federal Rules of Appellate Procedure.  (Docs. 9, 10.)

  Rule 22 of the Federal Rules of Appellate Procedure requires that an applicant who files a notice of appeal in a habeas proceeding must obtain a certificate of appealability under 28 U.S.C. § 2253(c), or a statement why a certificate should not issue, from the district judge who rendered judgment in the action.  Fed. R. App. P. 22(b).  The district clerk must send the certificate or statement to the court of appeals along with the notice of appeal.  Id.  Petitioner has requested a

1  certificate of appealability for the notice of appeal he filed in this action on December 31, 2009.
2  However, petitioner's appeal concerns a petition for writ of mandate, or mandamus, under § 1361,
3  not a habeas proceeding.  Therefore, Rule 22 does not apply to petitioner's appeal, and petitioner's
4  application for a certificate of appealability shall be disregarded.  Petitioner is advised that his appeal
5  was processed and forwarded to the Ninth Circuit on January 11, 2010.  (Doc. 12.)

        Accordingly, THE COURT HEREBY ORDERS that:

1. Petitioner's Application for a Certificate of Appealability is DISREGARDED; and
2. The Clerk is DIRECTED to serve a copy of this order on the Ninth Circuit.

IT IS SO ORDERED.

**Dated:   January 19, 2010**             /s/ Sandra M. Snyder
                                               UNITED STATES MAGISTRATE JUDGE